**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6276**

RONNIE ANDERSON,

    Plaintiff - Appellant,

  v.

KEN STOLLEY, Sheriff of VBCC; CPL. FOWLER, Intel Office of
VBCC; CPL. WINN, Classification Officer of VBCC,

    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge.  (3:14-cv-00780-HEH-RCY)

Submitted:  May 21, 2015    Decided:  May 27, 2015

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronnie Anderson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie Anderson appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2012) civil action for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Anderson v. Stolley, No. 3:14-cv-00780-HEH-RCY (E.D. Va. Jan. 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2